THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY SPRINKLER, Appellant.—

Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS NUSSKERN, Appellant, v. HARRY A. LA BURT, as Director of Creedmoor State Hospital, Respondent.—

Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE ODDO, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.